IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. YENKTESH, | 1:10-cv-01391-MJS (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | [Doc. 2] |
| ERIC HOLDER, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. Petitioner has filed a motion to proceed in forma pauperis. Examination of the document reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   August 9, 2010            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE